FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 FEB -3 AM 11: 43

OFFICE OF THE CLERK

W _____ S _____
NP ✓

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05CR 43 |
| vs. | ) | **INFORMATION** |
| TERRY L. GLOE, | ) | (29 U.S.C. § 501(c)) |
| Defendant. | ) | |

The United States Attorney charges:

### COUNT I

Beginning with the 1998 fiscal year and continuing through the 2004 fiscal year in the District of Nebraska, TERRY L. GLOE, while an officer, that is, Treasurer of the American Postal Workers Union Local 11, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys and funds of the American Postal Workers Union ~~in the approximate amount of~~ *Not exceeding* $113,377.00.

2/3/05
MPN

In violation of Title 29, United States Code, Section 501(c).

UNITED STATES OF AMERICA,

MICHAEL G. HEAVICAN
United States Attorney

By:  *Michael P Norris*
MICHAEL P. NORRIS
Assistant U.S. Attorney

**United States v. TERRY L. GLOE**
**Information**

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*/s/ Michael P. Norris*
MICHAEL P. NORRIS
Assistant U.S. Attorney